20704. COTTON STATES FERTILIZER CO. *v.* DIXIE COTTON CO. *et al.*

BLOODWORTH, J. The evidence authorized the verdict, and the judge did not err in overruling the motion for a new trial, which was on the general grounds only.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 8, 1930.

*Lawson & Ware,* for plaintiff. *H. E. Coates,* for defendants.